# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.   10-cv-02545-LTB-MEH

UNITED STATES OF AMERICA,

     Petitioner,

v.

TOM ADAMS, President, Adams Automatic,

     Respondent.

_____

# ORDER
_____

This matter is before the Court on hearing held December 14, 2010 on Petitioner's

Petition to Enforce Internal Revenue Service Summons (Doc 1 - filed October 19, 2010).

Petitioner appeared by Amanda Rocque, Assistant United States Attorney, and Respondent

appeared pro se, without counsel.  Upon representation by Petitioner that Respondent has

complied with the Summons, Petitioner moved that this matter be dismissed.  Accordingly

IT IS ORDERED that this matter is hereby DISMISSED.

BY THE COURT:


    s/Lewis T. Babcock
    Lewis T. Babcock, Judge

DATED: December 14, 2010